UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | |
|---|---|
| ACCESS NOW, INC., et al.,     ) | |
|                ) | |
|      Plaintiffs,     ) | |
|                ) | |
| v.     ) | No. 3:03-CV-284 |
|                ) | (Phillips/Guyton) |
| CHURCH STREET INVESTMENTS, LLC,     ) | |
|                ) | |
|      Defendant.     ) | |

## **MEMORANDUM AND ORDER**

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 9] of the Honorable Thomas W. Phillips, United States District Judge, for disposition of Plaintiffs' Motion to Compel Defendant's Discovery Responses [Doc. 8].

The plaintiffs Access Now, Inc. and Jan English move the Court for an order compelling the defendant to respond to interrogatories and a request to produce, which were served on the defendant on April 8, 2005. [Doc. 8].

The plaintiffs have failed to comply with Local Rule 37.2, which requires any discovery motion to include "a verbatim recitation of each interrogatory, request, answer, response, and objection which is the subject of the motion or a copy of the actual discovery document which is the subject of the motion." Furthermore, as the defendant has not yet filed an answer and the

parties have not yet had a Rule 26(f) discovery conference, this motion appears to be premature. For these reasons, the Plaintiffs' Motion to Compel Defendant's Discovery Responses [Doc. 8] is **DENIED**.

        **IT IS SO ORDERED.**

        **ENTER:**

                s/ H. Bruce Guyton
        United States Magistrate Judge

2

Case 3:03-cv-00284  Document 10  Filed 06/20/05  Page 2 of 2  PageID #: 2