**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **Access Now Inc and Jan English,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **Civil Action No.: 3:03-CV-284** |
| ) | **(Phillips/Guyton)** |
| **Herzog & Sons, Inc.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the Court upon plaintiffs' motion for leave to amend the complaint and case style [Doc. 13]. Previously, the matter had been administratively closed pending amendment to the complaint to name the proper defendant. At this time, plaintiffs represent that Church Street Investment, LLC, doing business as Hilton Hotel, is no longer the proper defendant and move to dismiss Church Street Investment, LLC. Further, plaintiffs assert that Herzog & Sons, Inc. is the proper party and, thus, move to amend the complaint to assert claims against it, as well as to amend the style of the complaint. Lastly, plaintiffs move to reinstate the litigation. For good cause stated, plaintiff's motion is **GRANTED**.

    IT IS SO ORDERED.

                                      **ENTER:**

                                            s/ Thomas W. Phillips
                                      United States District Judge